UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

v.                                        Case No: 8:09-MC-97-T-30TGW

JOSEPH SAVAGE,

    Respondent.
_____/

# ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. #19) and the Objection (Dkt. #21) filed thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge and the Objection, in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #19) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The United States of America's Motion to Request The Issuance of an Order to Show Cause Why Respondent Should Not Be Held In Contempt, for a Contempt Hearing and Sanctions (Dkt. #9) is GRANTED only to the extent that the Order (Dkt. #7) of February 1, 2010, is supplemented to require the Respondent to produce records of Rejuvenations and Scaler Technology, including credit card statements, that are requested by the summons entitled "Collection Information Statement."

**DONE** and **ORDERED** in Tampa, Florida on August 26, 2010.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Odd\2009\09-mc-97.adopt 19.wpd